```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
         NASHVILLE DIVISION
```

DOROTHY BARRON,              )
                             )
        Plaintiff,            )
                             )  No. 3:05-1071
     v.                       )  JUDGE ECHOLS
                             )
HCA, INC., et al.,           )
                             )
        Defendants.          )

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) The Order of Reference to the Magistrate Judge (Docket Entry No. 2) is hereby WITHDRAWN;

(2) The Motion to Dismiss filed by Defendants HCA Health Services of Tennessee, Inc. d/b/a Centennial Medical Center, Parthenon Pavilion Psychiatric Hospital, and Juli Horton, M.D. (Docket Entry No. 35) is hereby GRANTED;

(3) The Motion to Dismiss On Behalf Of Defendant Saint Thomas Hospital (Docket Entry No. 39) is hereby GRANTED;

(4) The Motion to Dismiss On Behalf Of Defendant Thomas H. Ware (Docket Entry No. 51) is hereby GRANTED;

(5) The Motion to Dismiss (Docket Entry No. 55) and the Motion to Dismiss Under Rule 12(b)(1) and (6) (Docket Entry No. 56) filed by Defendant Cornerstone Health Care of McKenzie Inc., d/b/a/ Oak Manor Health Care Center are hereby GRANTED;

(6) Defendant Dr. Shahana Huda's Motion to Dismiss (Docket Entry No. 61) is hereby GRANTED;

1

(7) The Motion To Dismiss, Or Alternatively Motion For Judgment On The Pleadings, of Defendants, Ronald Wilson, M.D., William Petrie, M.D., James Hart, M.D., Richard Fox, M.D., and Catherine Stallworth, M.D. (Docket Entry No. 65) is hereby GRANTED;

(8) The Motion to Dismiss, contained in Mark B. Reagan's Answer to Complaint of Dorothy Barron (Docket Entry No. 29) is hereby GRANTED;

(9) All federal claims Plaintiff asserts against Defendant f/n/u Randall, M.D., are hereby DISMISSED WITHOUT PREJUDICE for failure to effectuate service of the Summons and Complaint upon him;

(10) All federal claims which Plaintiff asserts against Defendants HCA Health Services of Tennessee, Inc. d/b/a Centennial Medical Center, Parthenon Pavilion Psychiatric Hospital, Saint Thomas Hospital, Cornerstone Health Care of McKenzie Inc. d/b/a Oak Manor Health Care Center, Juli Horton, M.D., f/n/u "DeVender," M.D., Shahana Huda, M.D., Ronald Wilson, M.D., William Petrie, M.D., James Hart, M.D., Richard Fox, M.D., Catherine Stallworth, M.D., Thomas H. Ware, Esq., and Michael B. Reagan, Esq., are hereby DISMISSED WITH PREJUDICE; and

(11) All state-law claims which Plaintiff asserts against the Defendants named in paragraph (10) above are hereby DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE