IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DOROTHY BARRON, )
)
Plaintiff, ) Case No. 3:05-01071
) Judge Nixon
v. ) Magistrate Judge Griffin
)
HCA, INC., et. al., )
)
)
Defendants. )

## ORDER

This case is before the Court on Defendant David Heusinkveld's Motion to Dismiss or for Judgment on the Pleadings (Doc. No. 59). Plaintiff has not filed a response. Magistrate Judge Griffin has issued a Report and Recommendation (Doc. No. 86). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, the Court hereby GRANTS Defendant's Motion to Dismiss. This Order terminates this Court's jurisdiction over the above-styled action, and the case is DISMISSED.

It is so ORDERED.

Entered this the 28th day of March, 2007.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DOROTHY BARRON, )
)
)
Plaintiff, ) Case No. 3:05-01071
) Judge Nixon
v. ) Magistrate Judge Griffin
)
HCA, INC., et. al., )
)
)
Defendants. )

## ORDER

This case is before the Court on Defendant David Heusinkveld's Motion to Dismiss or for Judgment on the Pleadings (Doc. No. 59). Plaintiff has not filed a response. Magistrate Judge Griffin has issued a Report and Recommendation (Doc. No. 86). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, the Court hereby GRANTS Defendant's Motion to Dismiss. This Order terminates this Court's jurisdiction over the above-styled action, and the case is DISMISSED.

It is so ORDERED.

Entered this the __28th__ day of __March__, 2007.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT